MICHAEL G. BAILEY
United States Attorney
District of Arizona
CHRISTINE A. MELTON
Assistant U.S. Attorney
Arizona State Bar No. 021649
Evo A. DeConcini United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: Christine.Melton@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br>   v.<br>Jose Manuel Zamorano-Arellano,<br><br>                              Defendant. | CR 19-03160-TUC-CKJ<br><br>UNOPPOSED MOTION TO CONTINUE OR ACCELERATE SENTENCING HEARING<br><br>(Government's First Request) |

The United States of America, by and through undersigned counsel, respectfully requests a brief continuance or acceleration of the Sentencing Hearing currently set for April 13, 2020 at 2:15 p.m.  This request is made because Government counsel, Christine A. Melton, will be out of the office that day.

Defense counsel, Ruben Teran, has no objection to this motion.  If possible, undersigned counsel also respectfully requests that the Court not set the hearing date on a Friday.

Respectfully submitted this 12th day of March, 2020.

MICHAEL G. BAILEY
United States Attorney
District of Arizona

*/s Christine A. Melton*

CHRISTINE A. MELTON
Assistant U.S. Attorney

| | |
|---|---|
| 1 | |
| 2 | Copy of the foregoing served electronically this 12th day of March, 2020, to: |
| 3 | Ruben Teran, Esq. |